**94–598.** Am. Seaway Foods, Inc. v. Belden S. Assoc. Ltd. Partnership. *Stark County*, No. CA–9260. On motion to consolidate case with 94–767, *Am. Seaway Foods, Inc. v. Belden S. Assoc. Ltd. Partnership*, Stark County, No. CA–9260. Motion granted.

**94–646.** State ex rel. Gerhart v. Summit Cty. Court of Common Pleas. In Mandamus. On motion for relief from judgment. Motion denied.

**94–704.** State ex rel. Russell v. Court of Appeals of Ohio for Eighth Judicial Dist. In Prohibition. On request for findings of fact and conclusions of law. Request denied.

**94–735.** State v. Arnold. *Medina County*, No. 2247–M. On pre–June 1, 1994 motion to file notice of appeal instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–751.** Meijer Realty Co. v. Franklin Cty. Bd. of Revision. Board of Tax Appeals, No. 93–R–1047. On motion to dismiss. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**94–790.** Thrifty Findlay, Inc. v. Franklin Cty. Bd. of Revision. Board of Tax Appeals, No. 93–M–1050. On motion to dismiss. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**94–791.** Thrifty Findlay, Inc. v. Franklin Cty. Bd. of Revision. Board of Tax Appeals, No. 93–H–1051. On motion to dismiss. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**94–1025.** In re Aultman Hosp. *Franklin County*, No. 93APH08–1210. On motion to file statement of additional authorities instanter. Motion granted.

MOYER, C.J., would permit the filing of the court of appeals' decision on reconsideration only. WRIGHT, J., not participating.

On motion to strike. Motion denied.

MOYER, C.J., would permit the filing of the court of appeals' decision on reconsideration only. WRIGHT, J., not participating.

**94–1218.** W.D.I.A. Corp. v. Pub. Util. Comm. Public Utilities Commission, No. 91–19050TP–CSS. On motion for leave to intervene by Cincinnati Bell Telephone Company. Motion granted.

**94–1240.** State v. Coyne. *Lake County*, No. 93–L–068. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–1247.** Ameritech Ohio v. Pub. Util. Comm. Public Utilities Commission, No. 93–2080–CT–ACE. On motion for leave to intervene by TCG America, Inc. and on motion for admission *pro hac vice* by Manning Lee, Jodie L. Donovan, and Clyde Kurlander. Motions granted.

**94–1263.** State v. Clark. *Montgomery County*, No. 13435. On motion for leave to file delayed appeal. Motion granted.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–1266.** State v. Augustine. *Medina County*, No. 2096–M. On motion for leave to file delayed appeal and on motion for leave to exceed page limit. Motions granted.

**94–1272.** State v. Wilson. *Hamilton County*, No. C–930429. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue (composed of two questions) stated in the court of appeals' Entry Granting Motion to Certify, filed June 3, 1994.

DOUGLAS and RESNICK, JJ., dissent.

**94–1291.** State v. Staats. *Summit County*, No. 15706. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–1334.** State v. Wong. *Jackson County*, No. 92–CA–703. On motion for admission *pro hac vice* by F. Lee Bailey and Kenneth J. Fishman. Motion granted.